1  SPENCER P. HUGRET (SBN: 240424)
   shugret@grsm.com
2  AMY MACLEAR (SBN: 215638)
   amaclear@grsm.com
3  ERIC TSAI (SBN: 273056)
   etsai@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: (415) 875-3193
6  Facsimile: (415) 986-8054

7  Attorneys for Defendants
   FCA US LLC and ELK GROVE
8  AUTO GROUP, INC. DBA
   ELK GROVE DODGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT RAM, | Case No. 2:20-at-00148 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| FCA US LLC; ELK GROVE AUTO GROUP, INC. DBA ELK GROVE DODGE; and DOES 1 through 20, inclusive, | Sup. Ct. Comp. filed: January 2, 2020 |
| Defendants. | |

-1-
NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Now comes Attorney Amy Maclear of the law firm Gordon Rees Scully Mansukhani, LLP, and hereby gives notice to this Court and to all parties that she enters her appearance as counsel for Defendants FCA US LLC and ELK GROVE AUTO GROUP, INC. DBA ELK GROVE DODGE. Please direct copies of all future pleadings, correspondence, and papers to all of undersigned counsel.

Dated: February 11, 2020         Respectfully submitted,

*/s/ Amy Maclear*
Spencer P. Hugret
Amy Maclear
Eric Tsai
Attorneys for Defendants
FCA US LLC and ELK GROVE
AUTO GROUP, INC. DBA
ELK GROVE DODGE

1204156/49955381v.1